**W. A. "Gus" FREEMAN, Plaintiff in Error, v. UNITED STATES.**

Circuit Court of Appeals, Eighth Circuit. April 4, 1928.

No. 8099.

Pratt P. Bacon, of Texarkana, Ark., for plaintiff in error.

S. S. Langley, U. S. Atty., of Ft. Smith, Ark.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.